# WEST *vs.* THE CORPORATE AUTHORITIES OF GREENVILLE.

[ACTION ON PROMISSORY NOTE, BY PAYEE AGAINST MAKER.]

1. *Authority of municipal corporation to require license for retailing.*—A municipal corporation may require a license to retail spirituous liquors within its limits, from a person who has already procured a State license to retail within the county.

APPEAL from the Circuit Court of Butler.

The record does not show the name of the presiding judge.

THIS action was brought in the name of the corporate authorities of the town of Greenville, against Benjamin J. West; and was founded on a promissory note for $250, executed by B. J. West & Co., (of which firm the defendant was a member,) dated August 8, 1859, and payable on the 1st October next after date. The judgment was rendered on the verdict of a jury, and there is no bill of exceptions in the record; but, there is an agreement of record, signed by the counsel of both parties, to the effect that "the bill of exceptions, which is lost, may be supplied, by agreement that the point be decided by the court, as to whether a corporation can demand a license, where one has been already obtained from the county, that being the consideration of the note sued on."

B. F. Porter, for appellant.

Per Curiam.—This case must be affirmed, on the authority of the following cases: *Intendant of Marion v. Chandler*, 6 Ala. 899; *Intendant of Greensboro v. Mullins*, 13 Ala. 341.